NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TDM AMERICA, LLC,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

---

2010-5138

---

Appeal from the United States Court of Federal Claims in No. 06-CV-472, Judge Thomas C. Wheeler.

---

**JUDGMENT**

---

DAVID W. DENENBERG, Davidoff Malito & Hutcher, LLP, of Garden City, New York, argued for plaintiff-appellant. With him on the brief was MICHAEL A. ADLER.

WALTER W. BROWN, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, and JOHN FARGO, Director. Of counsel on the brief was SUSAN L.C. MITCHELL, Assistant Director, United States Department of Justice, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 July 16, 2012           /s/ Jan Horbaly          
Date                  Jan Horbaly
                   Clerk